**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

KAREN MOSLEY                                                    PLAINTIFF

v.                                    4:25-cv-00721-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                DEFENDANT


**ORDER**

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe.  After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects.   Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of March, 2026.


_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE