**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

KAREN MOSLEY                                                          PLAINTIFF

v.                                    4:25-cv-00721-JM-JJV

FRANK BISIGNANO,
Commissioner,
Social Security Administration,                                      DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged

that the decision of the Commissioner is affirmed, and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 30th day of March, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE